IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTEN OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-cv-4302 |
| v. | ) |
| | ) Judge Ellis |
| STERLING INFOSYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## AGREED STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. The parties agree to bear their own attorney's fees and costs.

**DATED: December 4, 2014**  Respectfully submitted,

STERLING INFOSYSTEMS, INC.  KRISTEN OWENS

By: */s/*John W. Drury  By: */s/*Katherine Bowen

Pamela Q. Devata  Keith James Keogh
John W. Drury  Michael S. Hilicki
SEYFARTH SHAW LLP  Timothy J. Sostrin
131 South Dearborn, Suite 2400  Katherine Bowen
Chicago, Illinois 60603  KEOGH LAW LTD.
  55 West Monroe Street, Suite 3390
  Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 4, 2014, he caused a copy of **Agreed Stipulation of Dismissal**, to be electronically filed with the Court's CM/ECF system, which will send notification of such filing to the following:

>Keith James Keogh
>Michael S. Hilicki
>Timothy J. Sostrin
>Katherine Bowen
>KEOGH LAW LTD.
>55 West Monroe Street, Suite 3390
>Chicago, Illinois 60603

By____/s/ John W. Drury_____